IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VERTIS HOLDINGS, INC., *et al.*,[1] | ) | Case No. 12-12821 (CSS) |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PACHULSKI STANG ZIEHL & JONES LLP AND MILBANK, TWEED, HADLEY & MCCLOY LLP AS CO-COUNSEL TO MORGAN STANLEY SENIOR FUNDING, INC., AS ADMINISTRATIVE AGENT TO THE PREPETITION TERM LOAN LENDERS PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Morgan Stanley Senior Funding, Inc., as Administrative Agent to the Prepetition Term Loan Lenders ("Morgan Stanley"), a party in interest in the cases of the above-captioned debtors and debtors in possession, hereby appears by its counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ") and Milbank, Tweed, Hadley & M$^c$Cloy LLP ("Milbank"). PSZJ and Milbank hereby appear as co-counsel of record for Morgan Stanley pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in these cases. PSZJ and Milbank, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these

---

[1] The Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number, are Vertis Holdings, Inc. (1556); Vertis, Inc. (8322); ACG Holdings, Inc. (5968); Webcraft, LLC (6725); American Color Graphics, Inc. (3976); Vertis Newark, LLC (6726); Mail Efficiency, LLC (4382); and 5 Digit Plus, LLC (8690).

chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Morgan Stanley through service upon PSZJ and Milbank, at the addresses and/or facsimile numbers set forth below:

| | |
|---|---|
| Laura Davis Jones, Esquire | Gerard Uzzi, Esquire |
| James E. O'Neill, Esquire | Anne Knight, Esquire |
| Pachulski Stang Ziehl & Jones LLP | Matthew Brod, Esquire |
| 919 N. Market Street, 17th Floor | Milbank, Tweed, Hadley & McCloy LLP |
| P.O. Box 8705 | 1 Chase Manhattan Plaza |
| Wilmington, DE 19899-8705 (Courier 19801) | New York, NY 10005 |
| Telephone: (302) 652-4100 | Telephone: (212) 530-5000 |
| Facsimile: (302) 652-4400 | Facsimile: (212) 530-5219 |
| Email: ljones@pszjlaw.com | Email: guzzi@milbank.com |
|       joneill@pszjlaw.com |       aknight@milbank.com |
| |       mbrod@milbank.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Morgan Stanley including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in

any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Morgan Stanley may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 11, 2012

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
    ljones@pszjlaw.com
    joneill@pszjlaw.com

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Gerard Uzzi
Anne Knight
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
    guzzi@milbank.com
    aknight@milbank.com

Attorneys for Morgan Stanley Senior Funding, Inc., as Administrative Agent to the Prepetition Term Loan Lenders