# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

In re : Chapter 11

VERTIS HOLDINGS, INC., et al., : Case No. 12-12821 (CSS)

              Debtors.[1] : Jointly Administered

: Re: D.I. 1827

---------------------------------------------------------------x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Upon the *Certification of Counsel Regarding Order Scheduling Omnibus Hearing Dates* [D.I. 1827], dated April 28, 2014, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The following dates and times have been scheduled as omnibus hearings (the "Omnibus Hearings") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"):

| **Date & Time** | **Location** |
|---|---|
| May 20, 2014 at 2:00 p.m. | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 |
| June 16, 2014 at 10:00 a.m. | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Vertis Holdings, Inc. (1556); Vertis, Inc. (8322); ACG Holdings, Inc. (5968); Webcraft, LLC (6725); American Color Graphics, Inc. (3976); Vertis Newark, LLC (6726); Mail Efficiency, LLC (4382); and 5 Digit Plus, LLC (8690). The Debtors' mailing address is: P.O. Box 17102, Baltimore, MD 21297.

RLF1 10249074v.1

2. Additional Omnibus Hearings will occur thereafter in the Chapter 11 Cases as may be scheduled by subsequent order of the Court.

3. All matters in the Chapter 11 Cases shall be set for and heard on the dates scheduled for Omnibus Hearings unless alternative hearing dates are approved by the Court for good cause shown.

Dated: April 29, 2014
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE