# Exhibit A

## In re: Vertis Holdings, Inc., et al.
## Case No. 12-12821 (CSS)

| Applicant | Compensation Period | Total Fee Amount Requested on an Interim Basis | Total Expense Amount Requested on an Interim Basis | Fee Auditor's Recommended Reductions | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|
| Alvarez & Marsal North America, LLC ("A&M") | 10/1/13 - 12/31/13 | $170,500.00 | $118.12 | N/A[1] (fees) $0.00 (expenses) | $170,500.00 | $118.12 |
| Gowling Lafleur Henderson LLP | 11/1/13 - 1/31/14 | $8,129.23 | $21.99 | $0.00 (fees) $0.00 (expenses) | $8,129.23 | $21.99 |
| Direct Fee Review, LLC | 11/1/13 - 1/31/14 | $8,550.00 | $0.00 | N/A (fees) N/A (expenses) | $8,550.00 | $0.00 |
| Husch Blackwell LLP | 11/1/13 - 1/31/14 | $369,240.50 | $18,738.02 | $79.00 (fees) $353.57 (expenses) | $369,161.50 | $18,384.45 |
| Cadwalader Wickersham & Taft LLP | 11/1/13 - 1/31/14 | $72,902.50 | $221.15 | $0.00 (fees) $0.00 (expenses) | $72,902.50 | $221.15 |
| Richards, Layton & Finger, P.A. | 11/1/13 - 1/31/14 | $190,292.50 | $2,893.81 | $332.50 (fees) $0.00 (expenses) | $189,960.00 | $2,893.81 |
| Cooley LLP | 11/1/13 - 1/31/14 | $9,703.50 | $23.35 | $0.00 (fees) $0.00 (expenses) | $9,703.50 | $23.35 |

---

[1] Pursuant to Paragraph 2 of the Fee Auditor Order, A&M's fees are exempt from the Fee Auditor's review.

RLF1 10246050v.1

| Applicant | Compensation Period | Total Fee Amount Requested on an Interim Basis | Total Expense Amount Requested on an Interim Basis | Fee Auditor's Recommended Reductions | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|
| Cousins Chipman & Brown, LLP | 10/1/13 - 12/31/13 | $8,201.00 | $2,390.08 | $0.00 (fees) $0.00 (expenses) | $8,201.00 | $2,390.08 |